UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT )
PENSION FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C.  20001 )
 )
and )      Case No. 1:06CV00536
 )
DOUGLAS MCCARRON, RICHARD )
ARISPE, ALAN CHIL'COTE, SAM B. )
SMITH, as Trustees of the CARPENTERS )      Before Honorable
LABOR- MANAGEMENT PENSION )         Rosemary M. Collyer
FUND, )
101 Constitution Avenue, N.W. )
Washington, D.C.  20001 )
 )
            Plaintiffs, )
 )
v. )
 )
LIBERTY WOODWORKING, INC., a )
Massachusetts corporation, )
100 Ashburton Avenue )
Woburn,  MA 01801 )
 )
            Defendant. )
_____)

### STATUS REPORT TO THE COURT RE: SERVICE OF SUMMONS AND COMPLAINT *AND* REQUEST FOR ADDITIONAL TIME TO SERVE AND [PROPOSED] ORDER THEREON

I, BRIAN F. QUINN, declare as follows:

    1.    I am one of the attorneys for plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund'), and plaintiffs, Douglas McCarron, Richard Arispe, Alan Chilcoté, and Sam B. Smith ("Trustees'), in their capacities as fiduciaries with respect to the Pension Fund (together, the ("PLAINTIFFS")), in the above entitled action, licensed to practice law in the United States District Court for the District of Columbia and a member of the bar of this court.

///

2. The facts set forth in this declaration are either personally known to me or elicited from my review of the files in this matter and if called upon as a witness, I could and would competently testify under oath thereto.

3. On March 22, 2006, PLAINTIFFS filed a Complaint for recovery of fringe benefit contributions and submission and payment of any unfiled reports, against LIBERTY WOODWORKING, INC., a Massachusetts corporation ("LIBERTY WOODWORKING").

4. From about April 11, 2006 through present our Attorney Service, **Suvalle, Jodrey & Associates** has not been able to serve LIBERTY WOODWORKING with the Summons and Complaint. A true and correct copies of two Declaration of Server forms showing attempts at service on April 13, 2006, and April 14, 2006, and May 10, 2006, by Attorney Service are attached hereto marked as Exhibit "A" and "B", respectively.

5. It appears that the address we have for LIBERTY WOODWORKING is current but we believe LIBERTY WOODWORKING, on at least one occasion, evaded service. Plaintiffs have made several good faith efforts to serve the Summons and Complaint.

6. PLAINTIFFS respectfully request an additional sixty (60) days to and including September 18, 2006, within which to effect service of process. I believe that we will be able to serve LIBERTY WOODWORKING if given the additional time.

7. The last day to serve the Complaint is currently July 20, 2006.

Executed this 19th day of July 2006, at Washington, D.C. I declare under penalty of perjury, that the foregoing is true and correct.

_____
BRIAN F. QUINN

### [PROPOSED] O R D E R

**IT IS SO ORDERED**, that PLAINTIFFS, having shown good cause, shall have an additional sixty (60) days to and including September 18, 2006, within which to effect service of process of the Summons and Complaint.

Dated: _____

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & CONNOR,
a Professional Corporation

By: _____   Dated: 7.19.06
Brian F. Quinn, Esq. D.C. Bar No. 447619
a member of
DeCARLO & CONNOR,
a Professional Corporation
101 Constitution Ave. N.W., Tenth Floor
Washington, DC 20001
Telephone (202)589-1151
Telecopier (202)589-0105
Email: bquinn@deconsel.com

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | |
|---|---|---|
| NAME OF SERVER | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____

Duly Authorized Agent for the within-named _____

Said service was made at:

_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| | SERVICE FEE  $ | 120.00 | Trips | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                          Date                                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 4/13/06 | 3:00p.m. | No service at 100 Ashburton Ave., Woburn, Ma. - Site of a garage where a male refused to open the door and instructed Process Server to leave the paperwork in the mailbox................. | $ 60.00 |
| | | Your Office instructed Process Server to attempt service again... | $ _____ |
| 4/14/06 | 12:20p.m. | No service at 100 Ashburton Ave., Woburn, Ma. - No answer.................... | $ 60.00 |
| | | Your Office instructed Process Server to cease and desist until further instructions. | $ _____ |

DUE & DILIGENT ATTEMPTS: $ 120.00 (Pd. in full)                                      $ _____

TOTAL    $ 120.00 (paid)

Subscribed and sworn to before me, a Notary Public, this 27th Day of April, 2006

My Commission Expires: 12/15/11

"A"

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**            **One Devonshire Place**            Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     **Boston, MA 02109**                Fax #         (617) 720-5737

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
|---|---|
| NAME OF SERVER | TITLE  Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____

Duly Authorized Agent for the within-named _____

Said service was made at:

_____ , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ _____ | _____ Trips | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     *[signature: Burton M Malkofsky]*
              Date                         Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 5/10/06 | 10:30a.m. | Per Henry Welsh's instructions Process Server attempted service at 360 Newbury St., Boston, Ma. however no service was made because Mark Coolen, Foreman on 5th fl. stated Michael Rivers was not on the premises and is very rarely at this site................................................... | $ _____ $ _____ $ _____ |
| | | Your Office instructed Process Server to cease and desist until further instructions. | $ _____ |
| | | | $ _____ |

**DUE & DILIGENT ATTEMPT: $ 50.00 (Pd. in full)**

TOTAL  $ _____

Subscribed and sworn before me, a Notary Public, this 9th Day of June, 2006

*[signature: Marilyn Ogilvey]*

My Commission Expires: 12/15/11

"B"

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax #        (617) 720-5737 |