UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CARPENTERS LABOR-MANAGEMENT PENSION FUND,
101 Constitution Avenue, N.W.
Washington, D.C. 20001

and

DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, SAM B. SMITH, as Trustees of the CARPENTERS LABOR- MANAGEMENT PENSION FUND,
101 Constitution Avenue, N.W.
Washington, D.C. 20001

Plaintiffs,

v.

LIBERTY WOODWORKING, INC., a Massachusetts corporation,
100 Ashburton Avenue
Woburn, MA 01801

Defendant.

Case No. 1:06CV00536

Before Honorable
  Rosemary M. Collyer

## NOTICE OF CHANGE OF FIRM NAME

TO THE COURT AND TO ALL INTERESTED PARTIES AND/OR COUNSEL:

PLEASE TAKE NOTICE that effective June 12, 2006, DeCARLO & CONNOR, a Professional Corporation has changed its firm name to DeCARLO, CONNOR & SHANLEY, a Professional Corporation. The firm's address, phone number and fax number have not been changed and shall remain the same.

Dated: August 8, 2006

Brian F. Quinn, Esq. D.C. Bar No. 447619
a member of
DeCARLO, CONNOR & SHANLEY, a Prof. Corp.
101 Constitution Ave. N.W., Tenth Floor
Washington, DC 20001
Telephone (202)589-1151
Telecopier (202)589-0105
Email: bquinn@deconsel.com