UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARPENTERS LABOR-MANAGEMENT PENSION FUND, <br> 101 Constitution Avenue, N.W. <br> Washington, D.C. 20001 <br><br> and <br><br> DOUGLAS MCCARRON, RICHARD ARISPE, ALAN CHIL'COTE, SAM B. SMITH, as Trustees of the CARPENTERS LABOR- MANAGEMENT PENSION FUND, <br> 101 Constitution Avenue, N.W. <br> Washington, D.C. 20001 <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY WOODWORKING, INC., a Massachusetts corporation, <br> 100 Ashburton Avenue <br> Woburn, MA 01801 <br><br> Defendant. | Case No. 1:06CV00536 <br><br> Before Honorable <br> Rosemary M. Collyer |

### STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE, SUBJECT TO REOPENING, IF SETTLEMENT IS NOT CONSUMMATED AND [PROPOSED] ORDER THEREON

**IT IS HEREBY STIPULATED** by and between the parties namely, plaintiffs, Carpenters Labor-Management Pension Fund ("Pension Fund'), and plaintiffs, Douglas McCarron, Richard Arispe, Alan Chilcoté, and Sam B. Smith ("Trustees'), in their capacities as fiduciaries with respect to the Pension Fund (together, the ("PLAINTIFFS"), by and through its counsel of record, Brian F. Quinn of DeCARLO & CONNOR & shanley (BFG) and defendant, Liberty Woodworking, Inc., a Massachusetts corporation, ("LIBERTY WOODWORKING"), have agreed to settle this matter by way of a payment plan that will take approximately to October 1, 2006 to complete;

**IT IS FURTHER STIPULATED** by and between the parties hereto, that:

1) This action be dismissed, without prejudice as to Liberty Woodworking, Inc., a Massachusetts corporation;

2) This court retain jurisdiction over this action through and including January 31, 2007 to permit this action to be reopened, upon Ex Parte Application and upon good cause shown, if settlement is not consummated.

Dated: 9/06, 2006
DeCARLO & CONNOR, & Shanley,
a Professional Corporation
(BFQ)

By: /s/ Brian H. Quinn
BRIAN F. QUINN
Attorneys for Plaintiffs

Dated: 07/20, 2006
LIBERTY WOODWORKING, INC.,

By: /s/
Title: President
Print Name: Michael Rivers

## [PROPOSED] O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that this matter be dismissed, without prejudice, as to Liberty Woodworking, Inc., a Massachusetts corporation, pursuant to settlement; that this court retain jurisdiction over this action through and including January 31, 2007 to permit this action to be reopened upon Ex Parte Application and upon good cause shown, if settlement is not consummated.

Dated: _____

THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Dated: Sept. 6, 2006
DeCARLO & CONNOR,
a Professional Corporation

By: /s/ Brian H. Quinn
Brian F. Quinn, Esq. D.C. Bar No. 447619
a member of
DeCARLO & CONNOR, & Shanley (BFQ)
a Professional Corporation
101 Constitution Ave. N.W., Tenth Floor
Washington, DC 20001
Telephone (202)589-1151
Telecopier (202)589-0105 - Email: bquinn@deconsel.com