UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CARPENTERS LABOR-** <br> **MANAGEMENT PENSION FUND,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LIBERTY WOODWORKING, INC.,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> **Civil Action No. 06-536 (RMC)** |

## ORDER

The Court having been advised that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice until January 31, 2007. If settlement is not consummated by January 31, 2007, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case by the prescribed date, the matter shall, without further order, stand dismissed *with* prejudice.

**SO ORDERED.**

Date: September 11, 2006                                     /s/
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge