AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carpenters Labor-Management Pension Fund,
and Douglas McCarron, Richard Arispe, Alan
Chil'cote', Sam B. Smith, as Trustees of the
Carpenters Labor-Management Pension Fund,
                        Plaintiffs

V.

Liberty Woodworking, Inc.,
  Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00536

JUDGE: Rosemary M. Collyer

DECK TYPE: Labor/ERISA (non-employmer

DATE STAMP: 03/22/2006

TO: (Name and address of Defendant)

Liberty Woodworking, Inc.
100 Ashburton Avenue
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian F. Quinn, Esq.
DeCarlo & Connor, P.C.
101 Constitution Avenue, NW, 10th Floor
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      MAR 2 2 2006

CLERK                                      DATE

*Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] **** | DATE July 28, 2006 @ 11:50am |
| NAME OF SERVER (PRINT) Bernardino Lopes | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies thereof at the defendant's place of business with a person of suitable age and discretion by leaving with Amy Rivers, person apparently in charge for authorized agent Michael Rivers @ 100B Ashburton Avenue., Woburn, MA 01801

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 125.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 31, 2006    *Signature of Server* Bernardino Lopes

on behalf of All-N-One Legal Support, Inc.
Address of Server    1545 Wilshire Blvd., Suite 715
Los Angeles, CA  90017

**** See attached List

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

List of Documents to be served
on Defendant

Carpenters Labor-Management, etc.
v.
Liberty Woodworking, Inc., etc.

USDC - District of Columbia
Case No. 1:06CV00536

1. SUMMONS

2. COMPLAINT

3. NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE

4. INITIAL ELECTRONIC CASE FILING ORDER

5. ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM

6. STATUS REPORT TO THE COURT RE: SERVICE OF SUMMONS AND COMPLAINT AND REQUEST FOR ADDITIONAL TIME TO SERVE AND [PROPOSED] ORDER THEREON