## CERTIFICATE OF SERVICE

(Carpenters Labor-Management, etc. v. Liberty Woodworking, Inc.)
(USDC Case No. CV 06-00536 (RMC))

The undersigned hereby certifies that a copy of the foregoing **Plaintiffs' Stipulation to Dismiss Action Without Prejudice, Subject to Reopening, if Settlement is not Consummated and [Proposed] Order Thereon (Filed: September 8, 2006)** has been served on defendant, Liberty Woodworking, Inc., a Massachusetts Corporation, by depositing same in the U.S. Mail, first class postage prepaid and properly addressed at 100 Ashburton Avenue, Woburn, MA 01801, this __8th__ day of September, 2006.

*/s/ Denise Cooper*

Denise Cooper
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
101 Constitution Ave., N.W.
Tenth Floor
Washington, D.C. 20001
Telephone (202) 589-1151
Telecopier (202) 589-0105